

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## 06-20-00042-CV

_____

KYLE BARRETT, CANDIDATE FOR BOWIE COUNTY COMMISSIONERS' COURT,
PRECINCT 3, Appellant

V.

HONORABLE JAMES BOYD STRAIN, CANDIDATE FOR BOWIE COUNTY
COMMISSIONERS' COURT, PRECINCT 3, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 20C0554-202

Before Morriss, C.J., Stevens and Moseley,* JJ.
Memorandum Opinion by Justice Stevens

_____

*Bailey C. Moseley, Justice, Retired, Sitting by Assignment

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Scott E. Stevens
Justice

Date Submitted:     August 18, 2020
Date Decided:       August 19, 2020